UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Patricia A. Key<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 23-12489<br><br>Chapter: 7<br>Honorable David D. Cleary |

**ORDER GRANTING MOTION TO CONVERT
CASE TO CHAPTER 13**

THIS CAUSE COMING TO BE HEARD on motion of Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised on the premises, due notice being given to all parties entitled thereto:

Wherefore, it is hereby ordered:

A. This case is hereby CONVERTED to one arising under Chapter 13 of the Code;

B. Debtor is given leave to file a Chapter 13 Plan within the next 15 days.

Enter:  *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  December 13, 2023

**Prepared by:**

The Semrad Law Firm, LLC
11101 S. Western Ave
Chicago, IL 60643
312-913-0625