UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-12489 |
| PATRICIA A KEY, | ) | |
| FKA PATRICIA A WEAVER | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO MODIFY STAY

This cause coming to be heard on the Motion of LoanCare, LLC as servicing agent for Lakeview Loan Servicing, LLC for relief from the automatic stay,

IT IS HEREBY ORDERED:

1. The motion is granted. The automatic stay is modified so as not to restrain LoanCare, LLC as servicing agent for Lakeview Loan Servicing, LLC and its successors and assigns from pursuing non-bankruptcy remedies as to the Mortgage on the property located at: 150 Treehouse Rd, Matteson, Illinois 60443.

2. Any Claims and/or Stipulations filed by LoanCare, LLC as servicing agent for Lakeview Loan Servicing, LLC are vacated.

Enter: *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  May 20, 2024

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088